■ MARK A. MORRIS, Individually and on Behalf of a Corporation to be Formed, et al., Appellants, v BURTON A. BROWN, Respondent. (Appeal No. 2.)—Order unanimously modified, on the law, and, as modified, affirmed, without costs, in accordance with same memorandum as in *Morris v Cooper* ([Appeal No. 1], 115 AD2d 337). (Appeal from order of Supreme Court, Erie County, Ostrowski, J.—summary judgment.) Present—Hancock, Jr., J. P., Denman, Green and O'Donnell, JJ.